

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re: Cory Paul Ziolkowski

No. 06-13-00102-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be granted.  The writ will issue only if the trial court fails to comply.

RENDERED OCTOBER 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk